DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODERICK MOSS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2551

[November 15, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit; Barbara McCarthy, Judge; L.T. Case No. 91-15752 CF10A.

Roderick Moss, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***